# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 698 |
| | : | |
| APPOINTMENT TO JUDICIAL | : | SUPREME COURT RULES DOCKET |
| | : | |
| CONDUCT BOARD | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of June, 2016, Wilmarie Gonzalez,* Dauphin County, is hereby appointed as a member of the Judicial Conduct Board for a term of four years.

*Non-lawyer elector